UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA RODRIGUEZ**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-1175 (TSC) |
| ) | |
| **DEVILLE ASSET MANAGEMENT**, ) | |
| ) | |
| Defendant. ) | |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

On September 27, 2015, the Plaintiff in this matter filed a notice informing the court that a settlement has been reached in this matter.  (ECF No. 5).  Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the Plaintiff to reopen the matter if the settlement is not consummated.  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice.  If settlement is not consummated, Plaintiff may reopen the action until **November 30, 2016**, upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice.

Date:  September 29, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge